FILED
CLERK, U.S. DISTRICT COURT

APR - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| NORWOOD WATSON,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>A.P. KANE, Warden,<br><br>　　　　　　Respondent. | Case No. CV 06-00412 VAP (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court concurs with and adopts the conclusions of the Magistrate Judge.

　　　　IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice.

///

///

///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2  this Order and the Judgment of this date on Petitioner.
3
4  DATED: April 4 2008
5
6
7                                      /s/ Virginia A. Phillips
                                       VIRGINIA A. PHILLIPS
                                       United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28