FILED
CLERK, U.S. DISTRICT COURT
APR - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| NORWOOD WATSON,<br><br>                Petitioner,<br><br>  vs.<br><br>A.P. KANE, Warden,<br><br>                Respondent. | Case No. CV 06-00412 VAP (JWJ)<br><br>JUDGMENT |

     Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

     IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: April 4 2008

                                                        VIRGINIA A. PHILLIPS
                                                        United States District Judge